Elizabeth D. **LINEN,** Plaintiff–Appellant,

v.

**AMERICAN FAMILY PUBLISHERS; Stephen Francis, CEO; Ed McMahon; Dick Clark; Book Companies; Other Sponsors; Magazine Companies; Deborah M. Young,** Defendants–Appellees.

No. 02–2376.

United States Court of Appeals, Fourth Circuit.

Submitted March 6, 2003.

Decided March 13, 2003.

Elizabeth D. Linen, Appellant Pro Se.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Elizabeth D. Linen seeks to appeal the district court's order denying her Fed. R. Civ. P 60(b) motion. We dismiss the appeal for lack of jurisdiction, because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R.App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5), or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corr.,* 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson,* 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on October 8, 2002. The notice of appeal was filed on November 18, 2002. Because Linen failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We deny Linen's motion for default judgment, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*